United States District Court
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 JAN -8 P 12: 16

Christopher John Rubisch
Plaintiff

v.

The New Hampshire DOC
Defendant(s)

Civil Action No. 15-fp-9
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
( ) DEMAND FOR JURY TRIAL
(X) NO JURY TRIAL DEMAND

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. Parties

   A. Please provide the following information for each plaintiff:

     1. Name  Rubisch          Christopher          J.
             (Last)                 (First)              (Initial)

     2. Place of Detention  New Hampshire DOC

     3. Institutional Address  PO Box 14 Concord, NH 03302

     4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

        ☐ Pretrial Detention Order
        ☒ Sentenced Inmate

     5. Date pretrial detention order was issued or sentence imposed  (2) Consecutive 10-20 yr. Sentences

B. Please provide the full name, current title and address known for each defendant:

1. Name _____*The New Hampshire DOC*_____
   (Last)               (First)               (Initial)

2. Title *Complaint*

3. Address *PO Box 14 Concord, NH 03302*

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: *Excessive force by correctional officers*

Supporting *Facts*:

After a short scuffle with correctional officers at the psychiatric unit, I was taken to the ground, inside of an elevator where shackles were placed around my ankles. I was then forced to walk accross the yard and up a flight of stairs while the shackles were causing harm by cutting into my lower shins. I complained but the CO's didn't remove the shackles or even losen them apon my request. After I saw medical, I was forced to walk down the flight of stairs and back accross the yard to the punitive seg. unit, with the shackles still around my ankles. As I a result, I now have perminant scaring and minor pain when I walk. This incident happen towards the end of July of this year.

Allegation 2: __Negligence__

Supporting Facts: On Oct 18th, 2013, I was taken to the hospital after being brutally asulted. As a result of the damages, I now am left with 2 plates and 4 screws in my right cheek bone along with some minor, but perminant nerve damage. After writing several "request slips" concerning my safety, and requesting that I not be put back in general population for fear of my safety... The addministration decided to place me back in general population with out any reguard for my safety. Furthermore, they even tried to place me in the same building that the assult occured in... But I refused and as a result I was punished and sent to the punitive seg unit for about 2 weeks. Also, since the assult, the head of classifications has stated that she has been working on an out of state transfer... But over 13 months here I still sit.

Allegation 3: __Mental & Emotional abuse__

Supporting Facts:
As a direct result of the Doc's & its staff's negligence and continued negligence as well as their un willingness to provide a safe enviorment and due to their continued unreasonably unsafe actions... I have not only been allowed to be assulted by another inmate and suffer perminant damages from that. But have also suffered perminant scaring from their own staff... And further more, I also developed PTSD as a result from the incident that accored back on Oct. 18th, 2013. And all my mental health records will show that I didn't have PTSD prior to 2013. But after is when I was diagnosed with PTSD.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.   Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

I would like the NH Doc to...

A) Pay me in the amount of $5,000 for the perminant scaring to my shins as a resut of them using excessive force.

B) Pay me in the amount of $500,000 for the damages to my face as a resut of their negligence

C) To suspend the rest of my minimum sentence and allow me to "parole" back to P.A. on "Medical" or "emergency parole", as a result of all that I've been through

Date: 1-4-15                                    _Christopher _____
                                                 Signature of Plaintiff

State of New Hampshire            ]
                                  ]    ss
County of _____   ]


_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.


Subscribed and sworn before me this _____ day of _____, 20___..


_____
Notary Public/Justice of the Peace

**OR**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

| 1-4-14 | *Christopher J. Roberts* (signature) |
|---|---|
| DATE | SIGNATURE |

**JURY TRIAL DEMAND**

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( )     NO (X)
**(check one only)**


Date: _____          _____
                                Signature of Plaintiff