UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Christopher John Rubisch</u>

    v.                                                 Civil No. 15-cv-009-LM

<u>New Hampshire Department of
Corrections</u>

**REPORT AND RECOMMENDATION**

On August 14, 2015, this court directed Rubisch to show cause why this matter should not be dismissed for failure to prosecute. Because Rubisch has failed to respond to that Order (doc. no. 21), or the court's July 17, 2015, Order (doc. no. 20), the court recommends that this case be dismissed, without prejudice, for failure to prosecute.[1]

The court further recommends that the pending motions for summary judgment (doc. no. 14), to extend deadline (doc. no. 17), to amend complaint (doc. no. 18), and to dismiss, based on alleged bias of the court (doc. no. 19) be dismissed. By separate Order, the court vacates its previously-issued report and recommendation (doc. no. 15), as it is moot, in light of the

---

[1] In addition to this case, Rubisch has two other cases pending in this court, <u>Rubisch v. N.H. Dep't of Corrs.</u>, 15-cv-031-JL, and <u>Rubisch v. Daly</u>, 15-cv-076-JD. The court has issued similar recommendations to dismiss each of those matters.

instant recommendation.

_____
Andrea K. Johnstone
United States Magistrate Judge

September 15, 2015

cc:   Christopher John Rubisch, pro se