```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Christopher John  Rubisch

               v.                  Case No. 15-cv-9-LM

New Hampshire Department of Corrections


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 15, 2015, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

This case is dismissed, without prejudice, for failure to prosecute.  The court further dismisses all pending motions for summary judgment (doc. no. 14), to extend deadline (doc. no. 17, to amend complaint (doc. no. 18), and to dismiss (doc. no. 19).

The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: October 13, 2015

cc:   Christopher John Rubisch, pro se