UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Christopher John Rubisch</u>

v.                                       Case No. 15-cv-9-LM

<u>New Hampshire Department of Corrections</u>

**J U D G M E N T**

In accordance with the Order by U.S. District Judge Landya B. McCafferty dated October 13, 2015, approving the Report and Recommendation of Andrea K. Johnstone dated September 15, 2015, judgment is hereby entered.

By the Court,

*/s/ Daniel J. Lynch*
_____
Daniel J. Lynch
Clerk

Date: October 20, 2015

cc:    Christopher John Rubisch, pro se